1  DAWN L. REICHMAN
   ATTORNEY AT LAW
2  1305 E. PALMDALE BLVD.,
   SUITE 3
3  PALMDALE, CA 93550
   (661) 274-2881
4
   State Bar No. 134942
5
6  Attorney for Defendant

7
              UNITED STATES DISTRICT COURT
8
           EDWARDS AIR FORCE BASE, CALIFORNIA
9

10

11  UNITED STATES OF AMERICA,          )  CASE NO.: MG-F-0402044TAG
                                        )
12                         Plaintiff,   )  MEMORANDUM OF AGREEMENT TO
                                        )  CONTINUE SENTENCING TO 8/9/05
13            vs.                       )
                                        )
14  JEFFREY W. AHRENS,                  )
                                        )
15                         Defendant.   )
                                        )
16                                      )
                                        )
17  ──────────────────────────────────)

18       The United States of America, by and through McGregor W. Scott, the United States

19  Attorney for the Eastern District of California, and Special Assistant United States Attorney

20  Robert B. Stirk, and defendant, Jeffrey W. Ahrens, by and through his attorney, Dawn L.

21  Reichman, have agreed to request the sentencing hearing originally scheduled for July 12, 2005

22  be continued to August 9, 2005. All parties request that the Honorable Judge continue this

23  hearing to enable defendant and his attorney to meet with the US Probation Department and

24  allow Probation enough time to prepare a pre-sentencing report on behalf of defendant.

25  Defendant's attorney requested she participate in Probation's interview of the Defendant and she

26  and Probation have been unable to coordinate a meeting due to Defense attorney's court calendar.

27  Probation and Defense Attorney have scheduled a meeting with Defendant for July 6, but that is

28  insufficient time for preparation of the Pre-sentencing report before the July 12, 2005 sentencing

                                          1

1  hearing.

2                                          McGREGOR W. SCOTT
                                           United States Attorney
3

4  Dated: 27 June        , 2005       by

                                           ROBERT B. STIRK
5                                          Assistant U.S. Attorney

6

7  Dated:   June 27   ,2005
                                           DAWN L. REICHMAN
8                                          Attorney for Defendant Jeffrey Ahrens

9

10

11

12

13

14     It is so Ordered. Dated: 6/28/2005

15

16             United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28

Dawn L. Reichman
Attorney At Law

Memorandum of Agreement to Continue Sentencing to August 9, 2005