# CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

P04-0217

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | | | VOUCHER NUMBER |
|---|---|---|---|---|---|
| CAE | Ahrens, Jeffrey W. | | | | |
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | | | 6. OTHER DKT. NUMBER |
| 5:04-002044-001 | | | | | |
| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | | | 10. REPRESENTATION TYPE (See Instructions) |
| U.S. v. Ahrens | Petty Offense | Adult Defendant | | | Criminal Case |

**11. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 18 13-7210.P -- TRAFFIC OFFENSES. DRUNKEN DRIVING

**12. ATTORNEY'S NAME** (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS
Reichman, Dawn L.
1305 E. Palmdale Blvd. #3
Palmdale CA 93550

Telephone Number: (661) 274-2881

**14. NAME AND MAILING ADDRESS OF LAW FIRM** (only provide per instructions)
Law Office of Dawn L. Reichman
1305 E. Palmdale Blvd. #3
Palmdale CA 93550

**13. COURT ORDER**
X O  Appointing Counsel         C  Co-Counsel
  F  Subs For Federal Defender   R  Subs For Retained Attorney
  P  Subs For Panel Attorney     Y  Standby Counsel

Prior Attorney's Name: _____
Appointment Date: _____

Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, or

Signature of Presiding Judicial Officer or By Order of the Court
09/14/2004 — 9/24/2004        9/14/2004
Date of Order               Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at time of appointment.    YES   NO

## CLAIM FOR SERVICES AND EXPENSES | FOR COURT USE ONLY

| | CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| 15. | a. Arraignment and/or Plea | 0.5 | | | | |
| In Court | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| | d. Trial | | | | | |
| | e. Sentencing Hearings | 0.3 | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | 0.7 | | | | |
| | (Rate per hour = $ 90.00 )   TOTALS: | 1.5 | 135.00 | | | |
| 16. | a. Interviews and Conferences | 5.6 | | | | |
| Out of Court | b. Obtaining and reviewing records | 1.2 | | | | |
| | c. Legal research and brief writing | 0.2 | | | | |
| | d. Travel time | 1.5 | | | | |
| | e. Investigative and Other work (Specify on additional sheets) | | | | | |
| | (Rate per hour = $ 90.00 )   TOTALS: | 8.5 | 765.00 | | | |
| 17. | Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. | Other Expenses (other than expert, transcripts, etc.) | | | | | |
| | GRAND TOTALS (CLAIMED AND ADJUSTED): | | 900.00 | | | |

**19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE**
FROM 9/14/04   TO 8/9/05

**20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION**

**21. CASE DISPOSITION**
04

**22. CLAIM STATUS**   X Final Payment   Interim Payment Number ____   Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case?   YES  X NO   If yes, were you paid?  YES  NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything or value) from any other source in connection with this representation?   YES  X NO   If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney: Dawn L. Reichman   Date: 8/9/05

### APPROVED FOR PAYMENT -- COURT USE ONLY

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR / CERT |
|---|---|---|---|---|
| $135.00 | $765.00 | | | $900.00 |

**28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER**
Theresa A. Goldner

DATE: 8/30/2005

**28a. JUDGE / MAG. JUDGE CODE**
72BJ

| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
|---|---|---|---|---|

**34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE)** Payment approved in excess of the statutory threshold amount.

DATE

**34a. JUDGE CODE**

SEP 29 2004

Case Name __US v JEFFREY AHRENS__

Case Number __MJF 04 2044 TAG__

Page _1_ of _1_

## In-Court Hourly Worksheet

| Date | Brief Description of Services | Arraignment and/or Plea | Bail/Detention Hearing | Motion Hearing | Trial | Sentencing Hearings | Revocations Hearings | Appeals Court | Other (specify) |
|---|---|---|---|---|---|---|---|---|---|
| 1/1/04 | ARRAIGNMENT | 0.1 | | | | | | | 0.1 |
| 8/13/04 | PRE TRIAL STATUS CONFERENCE | | | | | | | | 0.1 |
| 9/04 | PRE TRIAL STATUS CONFERENCE | | | | | | | | 0.1 |
| 9/05 | PRE TRIAL STATUS CONFERENCE | | | | | | | | 0.1 |
| 8/05 | PRE TRIAL STATUS CONFERENCE | | | | | | | | 0.3 |
| 10/05 | PRE TRIAL STATUS CONFERENCE | | | | | | | | 0.2 |
| 10/05 | PLEA | 0.4 | | | | | | | |
| 8/05 | SENTENCING | | | | | 0.3 | | | |
| | | | | | | | | | |
| Page Total | | 0.5 | | | | 0.3 | | | 0.7 |
| Grand Total | | 0.5 | | | | 0.3 | | | 0.7 |

Case Name: US v JEFFREY HINENS
Case Number: MGF 04 2044 TAG

Out-of-Court Worksheet

Page 1 of 3

| Date | Brief Description of Services | Interviews/ Conferences | Obtain/Review Records | Legal Research/ Brief Writing | Travel Time | Investigative/ other work |
|---|---|---|---|---|---|---|
| 9/1/04 | CONFERENCE WITH PROSECUTOR | 0.1 | | | | |
| 9/1/04 | INTERVIEW DEFENDANT | 0.3 | | | | |
| 9/1/04 | REVIEW DISCOVERY | | 0.1 | | | |
| 9/1/04 | TRAVEL | | | | 0.2 | |
| 10/6/04 | CALL FROM DEFENDANT | 0.1 | | | | |
| 10/6/04 | TRAVEL | | | | 0.3 | |
| 10/14/04 | CALL FROM DEFENDANT | 0.1 | | | | |
| 11/1/04 | MEETING WITH DEFENDANT | 0.3 | | | | |
| 11/1/04 | CONFERENCE WITH PROSECUTOR | 0.1 | | | | |
| 11/1/04 | CONFERENCE WITH DEFENDANT | 0.1 | | | | |
| 11/1/04 | TRAVEL | | | | 0.2 | |
| 3/1/05 | CONFERENCES WITH PROSECUTOR | 0.2 | | | | |
| 3/1/05 | CONFERENCE WITH DEFENDANT | 0.2 | 0.1 | | | |
| 3/1/05 | REVIEW DEFENDANTS MEDICALS | | 0.2 | | | |
| 2/1/05 | TRAVEL | | | | 0.1 | |
| 2/1/05 | REVIEW DISCOVERY | 0.1 | | | | |
| 3/1/05 | CALL TO DEFENDANT | 0.2 | | | | |
| 3/1/05 | CALL FROM DEFENDANT | 0.1 | 0.1 | | | |
| 3/1/05 | REVIEW DEFENDANTS DOCUMENTS | | 0.1 | | | |
| 3/5/05 | CONFERENCES WITH PROSECUTOR | 0.3 | 0.5 | | | |
| | Page Total | 2.1 | 1 | | 0.7 | |
| | Grand Total | | | | | |

Case Name: US v JEFFREY AHRENS
Case Number: MJ-F-04-2044 TAG

Out-of-Court Worksheet

| Date | Brief Description of Services | Interviews/Conferences | Obtain/Review Records | Legal Research/Brief Writing | Travel Time | Investigative/other work |
|---|---|---|---|---|---|---|
| 3/8/05 | CONFERENCES WITH DEFENDANT | 0.2 | | | | |
| 3/8/05 | TRAVEL | | | | 0.3 | |
| 3/8/05 | CALL TO PROSECUTOR | 0.1 | | | | |
| 4/8/05 | CALL FROM PROSECUTOR | 0.2 | | | | |
| 4/8/05 | CALL TO DEFENDANT | 0.1 | | | | |
| 5/05 | REVIEW FAX FROM PROSECUTOR | 0.1 | | | | |
| 5/05 | REVIEW MEMO FROM PROSECUTOR | | 0.1 | | | |
| 5/05 | REVIEW PLEA AGREEMENT | | 0.2 | | | |
| 5/05 | CALL FROM DEFENDANT | 0.1 | | | | |
| 5/05 | CONFERENCE WITH PROSECUTOR | 0.1 | | | | |
| 5/05 | CONFERENCE WITH DEFENDANT | 0.1 | | | | |
| 5/05 | TRAVEL | | | | 0.2 | |
| 5/05 | CALL FROM DEFENDANT | 0.1 | | | | |
| 5/05 | CALL FROM DEFENDANT | 0.2 | | | | |
| 6/05 | CALL FROM DEFENDANT | 0.1 | | | | |
| 6/05 | CALL FROM PROBATION OFFICER | 0.1 | | | | |
| 6/05 | PREPARE STIPULATION TO CONTINUE | | | 0.2 | | |
| 6/05 | MEETING WITH DEFENDANT | 0.3 | | | | |
| 7/05 | PROBATION OFFICE/DEFENDANT INTERVIEW | 1.6 | 0.4 | 0.2 | 0.5 | |
| | Page Total | 3.3 | 0.4 | 0.2 | 0.5 | |
| | Grand Total | | | | | |

Case Name: US v AHRENS JEFFREY
Case Number: MJF 04 2044 TAG

Out-of-Court Worksheet

Page 3 of 3

| Date | Brief Description of Services | Interviews/ Conferences | Obtain/Review Records | Legal Research/ Brief Writing | Travel Time | Investigative/ other work |
|---|---|---|---|---|---|---|
| 7/8/05 | REVIEW SENTENCING REPORT | | 0.3 | | | |
| 8/8/05 | CONFERENCE WITH PROSECUTOR | 0.1 | | | | |
| 8/9/05 | CONFERENCE WITH DEFENDANT | 0.1 | | | | |
| 8/9/05 | TRAVEL | | | | 0.3 | |
| | Page Total | 0.2 | 0.3 | | 0.3 | |
| | Grand Total | 3.6 | 1.2 | 0.2 | 1.5 | |