CJA 20  APPOINT    OF AND AUTHORITY TO PAY COURT APPOINTED C    EL.        P04-0217

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | | | | VOUCHER NUMBER |
|---|---|---|---|---|---|---|
| CAE | Ahrens, Jeffrey W. | | | | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| 5:\4-002044-001 | | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| U.S. v. Ahrens | Petty Offense | Adult Defendant | Criminal Case |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 18 13-7210.P -- TRAFFIC OFFENSES, DRUNKEN DRIVING

12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS
Reichman, Dawn L.
1305 E. Palmdale Blvd. #3
Palmdale CA 93550

Telephone Number:   (661) 274-2881

14. NAME AND MAILING ADDRESS OF LAW FIRM (only provide per instructions)
Law Office of Dawn L. Reichman
1305 E. Palmdale Blvd. #3
Palmdale CA 93550

13. COURT ORDER
X O  Appointing Counsel
  F  Subs For Federal Defender
  P  Subs For Panel Attorney

  C  Co-Counsel
  R  Subs For Retained Attorney
  Y  Standby Counsel

Prior Attorney's Name: _____
  Appointment Date: _____

Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case.
or

Signature of Presiding Judicial Officer or By Order of the Court
09-14-2004  /  1/21/2004              9/14/2004
Date of Order              Nunc Pro Tunc Date
Repayment or partial repayment ordered from the person represented for this service at time of appointment.  YES   NO

| | CLAIM FOR SERVICES AND EXPENSES | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| | CATEGORIES (Attach itemization of services with dates) | | | FOR COURT USE ONLY | | |
| 15. | a. Arraignment and/or Plea | 0.5 | | | | |
| | b. Bail and Detention Hearings | | | | | |
| I n C o u r t | c. Motion Hearings | | | | | |
| | d. Trial | | | | | |
| | e. Sentencing Hearings | 0.3 | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | 0.7 | | | | |
| | (Rate per hour = $ 90.00 )   TOTALS: | 1.5 | 135.00 | | | |
| 16. | a. Interviews and Conferences | 5.6 | | | | |
| O u t o f C o u r t | b. Obtaining and reviewing records | 1.2 | | | | |
| | c. Legal research and brief writing | 0.2 | | | | |
| | d. Travel time | 1.5 | | | | |
| | e. Investigative and Other work (Specify on additional sheets) | F | | | | |
| | (Rate per hour = $ 90.00 )   TOTALS: | 8.5 | 765.00 | | | |
| 17. | Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. | Other Expenses (other than expert, transcripts, etc.) | | | | | |
| | GRAND TOTALS (CLAIMED AND ADJUSTED): | | 900.00 | | | |

19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE
FROM   9/14/04   TO   8/9/05

20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION

21. CASE DISPOSITION
04

22. CLAIM STATUS    X Final Payment    Interim Payment Number _____    Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case?   YES   X NO   If yes, were you paid?   YES   NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation?   YES   X NO   If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.
Signature of Attorney: _____                                  Date:   8/9/05

| APPROVED FOR PAYMENT -- COURT USE ONLY | | | | |
|---|---|---|---|---|
| 23. IN COURT COMP. $ 135.00 | 24. OUT OF COURT COMP. $765.00 | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR / CERT $900.00 |
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | DATE 8/30/2005 | | 28a. JUDGE / MAG. JUDGE CODE 72BJ |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | | DATE | | 34a. JUDGE CODE |

SEP 29 2004

Case Name _US V JEFFREY AHRENS_

Case Number _MGF 04 2044 TAG_

Page _1_ of _1_

## In-Court Hourly Worksheet

| Date | Brief Description of Services | Arraignment and/or Plea | Bail/Detention Hearing | Motion Hearing | Trial | Sentencing Hearings | Revocations Hearings | Appeals Court | Other (specify) |
|---|---|---|---|---|---|---|---|---|---|
| 7/1/4 | ARRAIGNMENT | 0.1 | | | | | | | 0.1 |
| 7/6/4 | PRE TRIAL STATUS CONFERENCE | | | | | | | | 0.1 |
| 9/9/04 | PRE TRIAL STATUS CONFERENCE | | | | | | | | 0.1 |
| 8/5/05 | PRE TRIAL STATUS CONFERENCE | | | | | | | | 0.1 |
| 8/6/05 | PRE TRIAL STATUS CONFERENCE | | | | | | | | 0.3 |
| 11/2/05 | PLEA | 0.4 | | | | | | | 0.3 |
| 11/8/05 | SENTENCING | | | | | 0.3 | | | 0.2 |
| | **Page Total** | 0.5 | | | | 0.3 | | | 0.7 |
| | **Grand Total** | 1.5 | | | | 0.3 | | | 0.7 |

Case Name _US v. JEFFREY HARENS_
Case Number _MGF 04-2044 TAG_

Out-of-Court Worksheet

Page ___ of _3_

| Date | Brief Description of Services | Interviews/ Conferences | Obtain/Review Records | Legal Research/ Brief Writing | Travel Time | Investigative/ other work |
|---|---|---|---|---|---|---|
| 9/30/04 | CONFERENCE WITH PROSECUTOR | 0.1 | | | | |
| 9/1/04 | INTERVIEW DEFENDANT | 0.3 | | | | |
| 9/1/04 | REVIEW DISCOVERY | | 0.1 | | | |
| 9/1/04 | TRAVEL | | | | | |
| 10/11/04 | CALL FROM DEFENDANT | 0.1 | | | | |
| 10/11/04 | TRAVEL | | | | | |
| 11/10/04 | CALL FROM DEFENDANT | 0.1 | | | | |
| 11/10/04 | MEETING WITH DEFENDANT | 0.3 | | | 0.2 | |
| 11/10/04 | CONFERENCE WITH DEFENDANT | 0.1 | | | | |
| 11/11/04 | CONFERENCE WITH PROSECUTOR | 0.1 | | | 0.2 | |
| 11/10/04 | TRAVEL | | | | 0.2 | |
| 2/1/05 | CONFERENCE WITH PROSECUTOR | 0.3 | | | | |
| 2/1/05 | CONFERENCE WITH DEFENDANT | 0.2 | | | | |
| 2/1/05 | REVIEW DEFENDANTS MEDICALS | | 0.2 | | | |
| 2/1/05 | TRAVEL | | | | 0.1 | |
| 3/1/05 | REVIEW DISCOVERY | | 0.1 | | | |
| 3/1/05 | CALL TO DEFENDANT | 0.2 | 0.1 | | | |
| 3/1/05 | CALL FROM DEFENDANT | 0.1 | 0.7 | | | |
| 3/1/05 | REVIEW DEFENDANTS DOCUMENTS | | | | | |
| 3/1/05 | CONFERENCES WITH PROSECUTOR | 0.3 | | | | |
| | Page Total | 2.1 | 0.5 | | 0.7 | |
| | Grand Total | | | | | |

Case Name _US v JEFFREY AHRENS_
Case Number _McFCH 2044 TAG_

Case 5:04-mj-02044-TAG   Document 18   Filed 08/30/05   Page 4 of 5

Out-of-Court Worksheet

| Date | Brief Description of Services | Interviews/ Conferences | Obtain/Review Records | Legal Research/ Brief Writing | Travel Time | Investigative/ other work |
|---|---|---|---|---|---|---|
| 3/5/05 | CONFERENCES WITH DEFENDANT | 0.2 | | | | |
| 3/5/05 | TRAVEL | | | | 0.3 | |
| 3/28/05 | CALL TO PROSECUTOR | 0.1 | | | | |
| 4/6/05 | CALL FROM PROSECUTOR | 0.2 | | | | |
| 4/6/05 | CALL TO DEFENDANT | 0.1 | | | | |
| 5/05 | REVIEW MEMO FAX FROM PROSECUTOR | | 0.1 | | | |
| 5/05 | REVIEW MEMO FROM PROSECUTOR | | 0.1 | | | |
| 5/05 | REVIEW PLEA AGREEMENT | 1 | 0.2 | | | |
| 5/05 | CALL FROM DEFENDANT | 0.1 | | | | |
| 5/10/05 | CONFERENCE WITH PROSECUTOR | 0.1 | | | | |
| 5/10/05 | CONFERENCE WITH DEFENDANT | 0.1 | | | | |
| 5/11/05 | TRAVEL | | | | 0.2 | |
| 5/11/05 | CALL FROM DEFENDANT | 0.1 | | | | |
| 5/11/05 | CALL FROM DEFENDANT | 0.2 | | | | |
| 5/05 | CALL FROM DEFENDANT | 0.1 | | | | |
| 6/05 | CALL FROM PROBATION OFFICER | 0.1 | | | | |
| 6/05 | PREPARE STIPULATION TO CONTINUE | | | 0.2 | | |
| 6/05 | MEETING WITH DEFENDANT | 0.3 | | | | |
| 7/05 | PROBATION OFFICER/DEFENDANT INTERVIEW | 1.6 | | | | |
| | Page Total | 3.3 | 0.4 | 0.2 | 0.5 | |
| | Grand Total | | | | | |

Case Name ___US v ANDREWS JEFFREY___

Case Number ___MGE C4 2.04 4146___

Out-of-Court Worksheet

Page 3 of 3

| Date | Brief Description of Services | Interviews/ Conferences | Obtain/Review Records | Legal Research/ Brief Writing | Travel Time | Investigative/ other work |
|---|---|---|---|---|---|---|
| 7/13/05 | REVIEW SENTENCING REPORT | 0.1 | 0.3 | | | |
| 8/ /05 | CONFERENCE WITH PROSECUTOR | 0.1 | | | | |
| 8/ /05 | CONFERENCE WITH DEFENDANT | 0.1 | | | | |
| 8/ /05 | TRAVEL | | | | 0.3 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Page Total | | 0.3 | 0.3 | 0.2 | 0.3 | |
| Grand Total | | 3.6 | 1.2 | 0.2 | 1.5 | |